EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI 2286
Chief, Narcotics Section

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 2 2004

at ____ o'clock and ____ min. ____ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                           )<br>        Plaintiff,        )<br>                           )<br>    vs.                    )<br>                           )<br>DOUGLAS PAAHAO,            )<br>                           )<br>        Defendant.         )<br>_____) | CR. NO. CR04-00171 HG<br><br>INDICTMENT<br>[21 U.S.C. § 841(a)(1)] |

INDICTMENT

The Grand Jury charges that:

On or about April 23, 1999, in the District of Hawaii, defendant DOUGLAS PAAHAO did knowingly and intentionally possess with intent to distribute, five (5) grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

DATE: April 22, 2004, Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Douglas Paahao
Cr. No. _____
INDICTMENT